UNITED STATES of America,
Plaintiff–Appellee,

v.

Richard Wayne PARKER,
Defendant–Appellant.

No. 07–50540.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2008 *.

Filed March 17, 2008.

Michael J. Raphael, Esq., Lizabeth A. Rhodes, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Richard Wayne Parker, Beaumont, TX, pro se.

Before: T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

## MEMORANDUM **

Appellant's motion for leave to file a reply to the government's response is granted. The Clerk shall file the reply received on February 28, 2008.

A review of the record and the parties' responses to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United*

---

*States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's October 25, 2007 orders denying appellant's post-judgment motions for discovery and for removal of the Assistant United States Attorney from the case.

All other pending motions are denied as moot.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

